**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-2319**

BISMARK KWAKU TORKORNOO,

Plaintiff - Appellant,

v.

NINA HELWIG, Esq.; JOHN MONAHAN, Esq.; MARY TORKORNOO; JACQUELINE NGOLE, Esq.,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Theodore D. Chuang, District Judge.  (8:15-cv-02652-TDC)

Submitted:  April 27, 2018                          Decided:  May 16, 2018

Before KEENAN, DIAZ, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Bismark Kwaku Torkornoo, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bismark Kwaku Torkornoo appeals the district court's order denying relief on his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Torkornoo v. Helwig*, No. 8:15-cv-02652-TDC (D. Md., Oct. 27, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*